**Order entered April 3, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00422-CR

**ARACELY MEZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-00230-U**

## ORDER

Before the Court is appellant's April 2, 2019 third motion to extend the time to file his brief. Appellant's brief has been tendered with the motion. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     BILL PEDERSEN, III
JUSTICE